**STATE of Missouri, Respondent,**

v.

**Edgar TARRENCE, Appellant.**

**No. WD 34619.**

Missouri Court of Appeals,
Western District.

May 22, 1984.

William E. Shull, Kearney, for appellant.

James A. Broshot, Sp. Pros. Atty., Clinton County, Kingston, for respondent.

Before PRITCHARD, P.J., and SOMERVILLE and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from a conviction of assault in the third degree, a class A misdemeanor, in violation of § 565.070(1), RSMo 1978, and imposition of a fine in the amount of $200.00 and assessment of costs, including a reasonable attorney's fee awarded a special prosecuting attorney, against defendant.

Judgment affirmed. Rule 30.25(b).